FILED by RGS D.C.

NOV 23 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S.D. of FLA - MIAMI

09-14389

a later date.

10. CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.

CIV-MOORE

MAGISTRATE JUDGE LYNCH

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

---

United States District Court — Southern District of Florida, Fort Pierce Division

---

Name (under which you were convicted): JOHN BOLEN — Docket or Case No.:

---

Place of Confinement: USP Coleman II, Coleman, Florida — Prisoner No.: 75730-004

---

UNITED STATES OF AMERICA v. Movant (include name under which you were convicted) JOHN THOMAS BOLEN

---

MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: United States District Court, Southern District of Florida, Ft. Pierce Division

   (b) Criminal docket or case number (if you know): 2:06-cr-14046

2. (a) Date of the judgment of conviction (if you know): March 9, 2007

   (b) Date of sentencing: March 5, 2007

3. Length of sentence: Life

4. Nature of crime (all counts): Conspiracy to Distribute Controlled Substance; Import of Narcotics; Conspiracy to Distribute Narcotics; and Sell, Distribute/ Dispense Narcotics.

5. (a) What was your plea? (Check one)
   (1) Not guilty [X] (2) Guilty [ ] (3) Nolo contendere (no contest) [ ]

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? ______

______________________________________________

______________________________________________

6. If you went to trial, what kind of trial did you have?
Jury [X] Judge only [ ]( Check one)

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes [X] No [ ]

8. Did you appeal from the judgment of conviction? Yes [X] No [ ]

9. If you did appeal, answer the following:

(a) Name of court: Eleventh Circuit Court of Appeals

(b) Docket or case number (if you know): 07-11270-JJ

(c) Result: Affirmed

(d) Date of result: July 18, 2008, **rehearing denied August 25, 2008**

(e) Citation to the case: 208 Fed.Appx. 655 (11th Cir. 2008), **rehearing denied August 25, 2008**.

(f) Grounds raised:

1. Court erred in overruling Bolen's objection to improper governmental vouching for key witness.

2. Court erred in denying Bolen's requested downward departure jury instruction.

3. Court erred in denying Bolen's requested theory of defense jury instruction.

4. Court erred in denying (without an evidentiary hearing) Bolen's supplemental motion for new trial based on government's failure to produce criminal record of government witness.

5. Court erred in sentencing Bolen without adequately addressing the section 3553 factors and without adequately providing a statement of reasons for the imposition of a life sentence on a first offender.

6. Court's application of the sentencing guidelines resulted in a de facto violation of the fifth and sixth amendments.

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes [ ] No [X]

If "Yes," answer the following:
(1) Docket or case number (if you know):____________________

(2) Result: ______________________________

(3) Date of result (if you know): ______________
(4) Citation to the case (if you know): ______________
(5) Grounds raised: ______________________

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
Yes [ ] No [X]

11. If your answer to Question 10 was "Yes," give the following information:
(a) (1) Name of court: ______________
(2) Docket or case number (if you know): ______________
(3) Date of filing (if you know): ______________
(4) Nature of the proceeding: ______________
(5) Grounds raised: ______________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
Yes [ ] No [ ]
(7) Result: ______________
(8) Date of result (if you know): ______________

(b) If you filed any second motion, petition, or application, give the same information:
(1) Name of court: ______________
(2) Docket or case number (if you know): ______________
(3) Date of filing (if you know): ______________
(4) Nature of the proceeding: ______________
(5) Grounds raised: ______________

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes [ ] No [ ]
(7) Result: ______________________
(8) Date of result (if you know): ______________________

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
(1) First petition: Yes [ ] No [ ]
(2) Second petition: Yes [ ] No [ ]

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ______________________

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: See Statement of Grounds filed concurrently herewith.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): See sworn Statement of Facts filed concurrently herewith.

(b) Direct Appeal of Ground One:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes [ ] No [X]

(2) If you did not raise this issue in your direct appeal, explain why: Claim of ineffective assistance of counsel not cognizable on direct appeal.

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes [ ] No [X]
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: ______________________
Name and location of the court where the motion or petition was filed: ______________________
Docket or case number (if you know): ______________________
Date of the court's decision: ______________________
Result (attach a copy of the court's opinion or order, if available): ______________________
(3) Did you receive a hearing on your motion, petition, or application?
Yes [ ] No [ ]
(4) Did you appeal from the denial of your motion, petition, or application?
Yes [ ] No [ ]

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes [ ] No [ ]

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ______
Docket or case number (if you know): ______
Date of the court's decision: ______
Result (attach a copy of the court's opinion or order, if available): ______

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

GROUND TWO: See Statement of Grounds filed concurrently herewith.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): See sworn Statement of Facts filed concurrently herewith.

(b) Direct Appeal of Ground Two:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes [ ] No [X]
(2) If you did not raise this issue in your direct appeal, explain why:
Claim of ineffective assistance of counsel not cognizable on direct appeal.

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes [ ] No [X]
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: ______
Name and location of the court where the motion or petition was filed: ______
Docket or case number (if you know): ______
Date of the court's decision: ______
Result (attach a copy of the court's opinion or order, if available): ______
(3) Did you receive a hearing on your motion, petition, or application?
Yes [ ] No [ ]
(4) Did you appeal from the denial of your motion, petition, or application?
Yes [ ] No [ ]
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes [ ] No [ ]

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ____________

Docket or case number (if you know): ____________
Date of the court's decision: ____________
Result (attach a copy of the court's opinion or order, if available): ____________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________

GROUND THREE: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ____________

(b) Direct Appeal of Ground Three:
(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes [ ] No [ ]
(2) If you did not raise this issue in your direct appeal, explain why:

(c) Post-Conviction Proceedings:
(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes [ ] No [ ]
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: ____________
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know): ____________
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available): ____________

(3) Did you receive a hearing on your motion, petition, or application?
Yes [ ] No [ ]
(4) Did you appeal from the denial of your motion, petition, or

application?
Yes [ ] No [ ]

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
Yes [ ] No [ ]

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ______________________________
Docket or case number (if you know): ______________________________
Date of the court's decision: ______________________________
Result (attach a copy of the court's opinion or order, if available): ______________________________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______________________________

GROUND FOUR: N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes [ ] No [ ]

(2) If you did not raise this issue in your direct appeal, explain why: ______________________________

(c) Post-Conviction Proceedings:

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes [ ] No [ ]

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition: ______________________________
Name and location of the court where the motion or petition was filed: ______________________________
Docket or case number (if you know): ______________________________
Date of the court's decision: ______________________________
Result (attach a copy of the court's opinion or order, if available): ______________________________

(3) Did you receive a hearing on your motion, petition, or application?
Yes [ ] No [ ]

(4) Did you appeal from the denial of your motion, petition, or application?
Yes [ ] No [ ]

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue

in the appeal?
Yes [ ] No [ ]

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: ____________

Docket or case number (if you know): ____________
Date of the court's decision: ____________
Result (attach a copy of the court's opinion or order, if available): ____________

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ____________

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

The two grounds presented in this 2255 petition are both ineffective assistance of counsel grounds that were not cognizable on direct appeal and which are properly raised for the first time in this proceeding.

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?
Yes [ ] No [X]
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ____________

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: A. Brian Phillips, Orlando, Florida

(b) At arraignment and plea: A. Brian Phillips, Orlando, Florida & A. Michael Bross, West Melbourne, Florida

(c) At trial: A. Brian Phillips, Orlando, Florida; A. Michael Bross, West Melbourne, Florida; Roy D. Wasson, Miami, Florida; and Jennifer Gayle Craddock, Orlando, Florida

(d) At sentencing: A. Brian Phillips, Orlando, Florida; A. Michael Bross, West Melbourne, Florida; Roy D. Wasson, Miami, Florida; and Jennifer Gayle Craddock, Orlando, Florida

(e) On appeal: William Mallory Kent, Jacksonville, FL

(f) In any post-conviction proceeding: **William Mallory Kent for this petition.**

(g) On appeal from any ruling against you in a post-conviction proceeding:

____________________________________________

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes [X] No [ ]

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [ ] No [X]
(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ____________________
(b) Give the date the other sentence was imposed: ____________
(c) Give the length of the other sentence: ____________
(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes [ ] No [ ]

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

The direct appeal decision was entered July 18, 2008. Bolen filed a timely petition for rehearing at the Eleventh Circuit. Rehearing was denied by the Eleventh Circuit August 25, 2008. Bolen had 90 days from that date to file a petition for certiorari with the United States Supreme Court. He filed no petition for certiorari with the Supreme Court, therefore his judgment and sentence became final upon the expiration of that 90 day time period, i.e.,November 23, 2008. Therefore the one year deadline for filing Bolen's 2255 petition is November 24, 2009. This petition is being filed November 20, 2009 by placing a sworn copy in the prison mail system on that date and a duplicate counterpart sworn copy will be filed by hand with the clerk of the court November 23, 2009.

* The Antiterrorism and Effective Death Penalty Act of 1996 (" AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

> A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of--
> (1) the date on which the judgment of conviction became final;
> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases

on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Vacate his judgment and sentences and as to ground two, grant Bolen a new trial and as to ground one, reinstate Bolen to his position status quo ante as to the sentence he would have faced had he received effective advice of counsel concerning his plea consequences and entered a prompt guilty plea. Bolen requests an evidentiary hearing on both grounds and any other relief to which movant may be entitled.

Signature of Attorney
William Mallory Kent
Florida Bar Number 0260738
1932 Perry Place
Jacksonville, Florida 32207-3443
904-398-8000 Telephone
kent@williamkent.com Email
*Pro Hac Vice* Counsel for Bolen

Henry H. Bolz, III
Keller & Bolz, LLP
121 Majorca Avenue, Suite 200
Coral Gables, Miami, Florida 33134
305-529-8500 Telephone
hbolz@kellerbolz.com Email
Local Counsel for Bolen

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on November 20, 2009 at Coleman USP II, Coleman, Florida.

Executed (signed) on November 20, 2009.

John Thomas Bolen
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. ______________________________

* * * * *

JS 44 (Rev. 2/08)

**09-14389**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
JOHN BOLEN

**(b)** County of Residence of First Listed Plaintiff SUMTER
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
HENRY H. BOLZ, III
KELLER & BOLZ LLP
121 MAJORCA AVE #200
CORAL GABLES FL 33134
(305)529-8500

WILLIAM M. KENT
LAW OFC. OF WM. KENT
1932 PERRY PLACE
JACKSONVILLE, FL 32207
(904)398-8000

**DEFENDANTS**
UNITED STATES OF AMERICA

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

FILED by [signature] D.C.
NOV 23 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☒ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

CIV-MOORE
MAGISTRATE JUDGE LYNCH

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 445 Amer. w/Disabilities - Employment
☐ 446 Amer. w/Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☒ 510 Motions to Vacate Sentence
**Habeas Corpus:**
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt.Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)
☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Re-filed- (see VI below) ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO b) Related Cases ☒ YES ☐ NO
JUDGE DOCKET NUMBER 06-14046-CR-KMM

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause **(Do not cite jurisdictional statutes unless diversity):** 28 USC § 2255

LENGTH OF TRIAL via ______ days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE**

SIGNATURE OF ATTORNEY OF RECORD [signature]

DATE Nov. 23, 2009

FOR OFFICE USE ONLY
AMOUNT $350.00 RECEIPT # 1012331 IFP
11/23/09